# Beck & Pauli Lithograph Co. v. Houppert & Worcester.

*Action on Contract for Sale of Goods.*

1. *Trial by Court without jury; revision on appeal.*—Where a case is tried by the presiding judge without the intervention of a jury, the judgment rendered by him will not be disturbed on appeal, unless it is plainly erroneous.

2. *Fraud; estoppel from setting up by reason of basing conduct upon other grounds.*—Although where a party gives a reason for his conduct and decision touching anything involved in a controversy, he cannot after litigation is begun, change his ground, and put his conduct upon another and different consideration, this principle has no application to estop a party from pleading a fraud which had been practiced upon him, of which he remained ignorant, when he set up another and different excuse for repudiating a contract.

APPEAL from Jefferson Circuit Court.
Tried before Hon. JAS. J. BANKS.

MOUNTJOY & TOMLINSON, and TARRANT & KROUSHAGE for appellants.

R. H. PEARSON, *contra.*

There was judgment for the defendant, from which plaintiff appealed. Judgment affirmed.

Opinion by HARALSON, J.